AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Stacey Darlene Poole, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   0:20-3499-TLW |
| Black Slaughter & Black PA, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: summary judgment is entered for the defendant Black Slaughter & Black PA, against the plaintiff, Stacey Darlene Poole and this action is dismissed with prejudice.

This action was *(check one)*:

■ decided by the Honorable Terry L. Wooten, Senior United States District Judge presiding.  The court having granted the defendant's motion for summary judgment.

Date:   April 12, 2022

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*